**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05 CR 160-F |
| | ) | [18 USC 1958] |
| SHANNON MARIE LORENZO | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about March 8, 2005, in Autauga County, within the Middle District of Alabama,

SHANNON MARIE LORENZO,

defendant herein, traveled in interstate commerce from Autauga County, in the State of Alabama, to the State of Louisiana, with the intent that the murder of "CBB" be committed in violation of the laws of Alabama, to-wit: Title 13A-6-2, Murder, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to-wit: United States currency. All in violation of Title 18, United States Code, Section 1958.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney