AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA

UNITED STATES OF AMERICA

V.

SHANNON MARIE LORENZO
769 UPPER KINGSTON ROAD
PRATTVILLE, AL 36067

**WARRANT FOR ARREST**

Case Number: 2:05cr160-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    SHANNON MARIE LORENZO
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with    (brief description of offense)

Traveled in interstate commerce with the intent that murder be committed (1 count)

in violation of Title    18    United States Code, Section(s)    1958

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer

CLERK
Title of Issuing Officer

JULY 1, 2005 - MONTGOMERY, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |