IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   2:05-CR-160-F |
| | ) |
| SHANNON MARIE LORENZO, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as counsel representing Shannon Marie Lorenzo in the above-styled cause.

Respectfully submitted this 16th day of August, 2005.

                                              s/ Richard K. Keith
                                              **RICHARD K. KEITH (KEI003)**
                                              Attorney for Defendant
                                              **KEITH & HAMM, PC**
                                              235 South McDonough St.
                                              Montgomery, AL  36104
                                              Telephone:  (334) 264-6776
                                              Facsimile:   (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**