| COURTROOM DEPUTY'S MINUTES | DATE: 8/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:48 - 10:55 |
| | COURT REPORTER: |

✓ **ARRAIGNMENT**  ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr160-F    **DEFENDANT NAME:** Shannon Marie Lorenzo
**AUSA:** Verne H. Speirs    **DEFENDANT ATTORNEY:** Richard Keith
**PTSO:**    Type counsel ( )Waived; (x)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____
**USPO:**

Defendant ( )does; (✓)does NOT need an interpreter
Interpreter present? (✓)NO; ( )YES   Name:
DISCOVERY DISCLOSURE DATE: August 22, 2005

✓ This is defendant's **FIRST APPEARANCE**.
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ✓ **Not Guilty**        ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
  ☐ Count(s):
  ☐ Count(s):      ☐ dismissed on oral motion of USA
          ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ _____ Days to file pretrial motions
✓ 11/7/05 _____ Trial date or term
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____ ; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Posting a $_____ bond;
    ✓ Trial on 11/7/05 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel
✓ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 11/7/05
            HANDED RICHARD KEITH RETAINED COUNSEL FORM