IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05-cr-160-F |
| ) | |
| SHANNON MARIE LORENZO ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Shannon Marie Lorenzo into the custody of Tyler McCurdy, FBI, and/or Ron Boles, Prattville Police Department, and/or Jeff Croake, FBI, and/or Keith Baker, FBI, from September 8, 2005, through December 8, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Tyler McCurdy, FBI, and/or Ron Boles, Prattville Police Department, and/or Jeff Croake, FBI, and/or Keith Baker, FBI, to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 7th day of September, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
Verne.Speirs@usdoj.gov