IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-160-F |
| | ) | |
| SHANNON MARIE LORENZO | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on September 7, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Shannon Marie Lorenzo to Tyler McCurdy, FBI, and/or Ron Boles, Prattville Police Department, and/or Jeff Croake, FBI, and/or Keith Baker, FBI, on September 8, 2005, through December 8, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tyler McCurdy, FBI, and/or Ron Boles, Prattville Police Department, and/or Jeff Croake, FBI, and/or Keith Baker, FBI, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this the _____ day of September, 2005.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE