IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:05-cr-160-F |
| ) | |
| SHANNON MARIE LORENZO, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND SEPTEMBER 14, 2005 MOTION DEADLINE**

COMES NOW, the defendant, Shannon Marie Lorenzo, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to extend the September 14, 2005 motion deadline by seven (7) days.

As grounds in support thereof, the following is stated:

1. This Court's present pre-trial motions deadline is set for September 14, 2005, with the pre-trial conference set for September 19, 2005.

2. Plea negotiations and, ultimately, the resolution in this cause are eminent.

3. Assistant United States Attorney Verne Speirs has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the September 14, 2005 motion deadline be extended by seven (7) days.

Respectfully submitted this 14th day of September, 2005.

                        s/ Richard K. Keith
                        **RICHARD K. KEITH (KEI003)**
                        Attorney for Defendant
                        **KEITH & HAMM, PC**
                        235 South McDonough St.
                        Montgomery, AL  36104
                        Telephone:   (334) 264-6776
                        Facsimile:   (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Verne Speirs, AUSA
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197

                        s/ Richard K. Keith
                        **OF COUNSEL**