| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** SEPTEMBER 19, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:28 - 1:31 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR160-F-C   **DEFENDANT NAME:** SHANNON M. LORENZO

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. VEREN SPEIRS | ATTY. RICHARD KEITH |

√   **DISCOVERY STATUS:** NONE.

√ **PENDING MOTION STATUS:** DEFT'S M/EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

√   **PLEA STATUS:** POSSIBLE PLEA

√   **TRIAL STATUS:** WILL TAKE 5 DAYS FOR TRIAL.

√   **REMARKS:** ORAL ORDER denying motion for extension of time as moot.