## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  2:05-cr-160-F |
| ) | |
| **SHANNON MARIE LORENZO,** ) | |
| ) | |
| **Defendant.** ) | |

### UNOPPOSED MOTION TO CONTINUE
### NOVEMBER 7, 2005 TRIAL

COMES NOW, the defendant, Shannon Marie Lorenzo, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the November 7, 2005 trial.

As grounds in support thereof, the following is stated:

1. The defendant is charged with the use of interstate commerce facilities in the commission of murder-for-hire.

2. Trial is set for the November 7, 2005 trial term.

3. This case is expected to be resolved by plea agreement.

4. Significant and recently discovered evidence is at present being examined by the Federal Bureau of Investigation.

5. The defendant and the government cannot complete plea negotiations until this new evidence is evaluated.

6. Assistant United States Attorney Verne Speirs has no objection to the trial term being continued.

WHEREFORE, premises considered, the defendant moves that the November 7, 2005 trial be continued.

Respectfully submitted this 21st day of October, 2005.

                        s/ Richard K. Keith
                        **RICHARD K. KEITH (KEI003)**
                        Attorney for Defendant
                        **KEITH & HAMM, PC**
                        235 S. McDonough Street
                        Montgomery, AL  36104-4221
                        Telephone: (334) 264-6776
                        Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, AUSA
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

                        s/ Richard K. Keith
                        **OF COUNSEL**