**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2:05-cr-160-F |
| | ) | |
| SHANNON MARIE LORENZO, | ) | |
| | ) | |
| Defendant. | ) | |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

COMES NOW, the defendant, Shannon Marie Lorenzo, by and through the undersigned attorney, Richard K. Keith, and files this his Waiver of Right to Speedy Trial and shows to the Court as follows:

1.    The undersigned defendant, after being first advised of her right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives her right to a speedy trial as to the November 7, 2005 trial docket and agrees that her trial may be continued until after that date.

Respectfully submitted this 24th day of October, 2005.

_____
SHANNON MARIE LORENZO


_____
**RICHARD K. KEITH   (KEI003)**
Attorney for Defendant
**KEITH & HAMM, P.C.**
235 South McDonough St.
Montgomery, AL  36104
Telephone:  (334) 264-6776
Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on ___10-24-05___, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

_____
**OF COUNSEL**