# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:05-cr-160-F |
| ) | |
| **SHANNON MARIE LORENZO,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Shannon Marie Lorenzo, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

The undersigned will be out of state from January 30, 2006, thru February 3, 2006, for scheduling consent docket purposes.

Respectfully submitted this 18th day of January, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI0003)**
Attorney for Defendant
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Verne Speirs, AUSA
  Post Office Box 197
  Montgomery, AL 36101-0197

                s/ Richard K. Keith
                **OF COUNSEL**