IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05CR160-LSC |
| v. | ) | [18 USC 2252A(a)(1)(A)] |
| | ) | |
| SHANNON LORENZO | ) | |
| | ) | INFORMATION |

RECEIVED
2006 JAN 19
DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges:

### COUNT 1

That on or about February 9, 2004, within the Middle District of Alabama, the defendant

SHANNON LORENZO

knowingly mailed and shipped and conspired to knowingly mail and ship in interstate or foreign commerce by any means, child pornography, in violation of Title 18 United States Code, Section 2252A(a)(1).

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
SUSAN R. REDMOND
Assistant United States Attorney