**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

February 2, 2006

# NOTICE OF CORRECTION

TO: ALL COUNSEL OF RECORD

FROM: Sheila Carnes, Deputy Clerk

SUBJECT: USA v Shannon Marie Lorenzo
Cr No. 2:05cr160-LSC

As directed by the Court, the Felony Information inadvertently filed in this case on January 19, 2006, has been STRICKEN from the case and filed as a new criminal case. All future documents pertaining to the charges in the January 19, 2006, Felony Information against defendant Lorenzo should be filed under Cr No. 2:06cr33-MEF (United States v Shannon Lorenzo).