| COURTROOM DEPUTY MINUTES | DATE: 1/20/06 | FTR RECORDING: 2:00 - 2:23 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS | |

❏ ARRAIGNMENT  √ CHANGE OF PLEA  ❏ CONSENT PLEA

❏ RULE 44(c) HEARING  ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*  **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *2:05CR160-LSC-CSC & 2:06CR33-F*  **DEFENDANT NAME:** *SHANNON M. LORENZO*

**AUSA:** *VERNE SPEIRS & SUSAN REDMOND*  **DEFENDANT ATTY:** *RICHARD KEITH*

**Type Counsel:** ( ) Waived; ( ) Retained; ( √ ) Panel CJA; ( ) CDO

**USPO:** *LESLIE CRAFT*

**Defendant** ___ does  √ does NOT need and interpreter.  Name: _____

---

❏ This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) **1** of the **Indictment.**

√ Count (s) **1** of the **Felony Information**.

❏ Count(s) _____  ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued under ❏ same Conditions/Bond imposed; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or  √ Sentencing on _____  √ set by separate Order.