IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 13  P 1:34

___RA P. HACKETT, CL__
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,
PLAINTIFF

AND

SHANNON BAKER LORENZO
DEFENDANT

DOCKET NO.: 2:05-CR-160-LSC

### REQUEST TO BE ADMITTED PRO HAC VICE

COMES now, Edward D. Tumlin and files his request to appear for Shannon Baker, pro hac vice, in the United States District Court, Middle District, limited to her sentencing on the above stated case to be held on April 26, 2006 before the Honorable Judge L. Scott Coogler. Counsel is in good standing in the United States District Court, Northern District of Alabama. (See attached).

Edward D. Tumlin
Attorney at Law
P. O. Box 36683
Birmingham, AL 35236-6683
(205) 424-6868

Certificate of Service

I hereby certify that I haved served a copy of the foregoing upon the following via First Class U.S. mail this the 13th day of April, 2006

Verne Spiers
Susan R. Redmond
One Court Square
Suit 201
Post Office Box 197
Montgomery, AL. 36101-0197

Richard K. Keith
Attorney at Law
235 South McDonough Street
Montgomery, AL. 36104

Edward D. Tumlin