**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Acting Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris,** Acting Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD D. TUMLIN** was duly admitted to practice in said Court on **March 25, 1987**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 12, 2006.

SHARON HARRIS, ACTING CLERK

By: *Stacy Handley*
Deputy Clerk