IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:05-CR-160-MEF |
| | ) |
| **SHANNON MARIE LORENZO,** | ) |
| | ) |
| **Defendant.** | ) |

## RENEWED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned attorney and requests that he be allowed to withdraw as counsel for Defendant in the above-styled cause.

As grounds in support thereof, the following is stated:

1. There has been a breakdown in communications and the undersigned attorney will no longer be able to represent the defendant.

2. The undersigned has been informed that the defendant has retained Edward Tumlin as counsel for the April 26, 2006 Sentencing Conference.

WHEREFORE, the undersigned attorney respectfully moves this Court to grant his Motion to Withdraw as Counsel.

Respectfully submitted this 18th day of April, 2006.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
