IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR160-LSC |
| | ) | |
| SHANNON MARIE LORENZO | ) | |

## **ORDER**

Upon consideration of the motion to withdraw as counsel (doc. # 35) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that the motion for admission *pro hac vice* filed by Edward D. Tumlin (doc. # 34) be and is hereby GRANTED.

Done this 19th day of April, 2006.


          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE